# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**May 31, 2012**

| 29879 | G.Y. v. B.Y. | Affirmed |
| 30204 | State v. Caldwell | Affirmed |

**June 7, 2012**

| CAAP–11–00 00455 | State v. Cera | Affirmed |

**June 8, 2012**

| 30237 | Batchelor v. Batchelor | Reversed |

**June 14, 2012**

| CAAP–11–00 00339 | State v. Wickman | Affirmed |

**June 18, 2012**

| 30291 | Tautua v. BCI Coca-Cola Bottling Co. of Los Angeles | Affirmed |

**June 22, 2012**

| CAAP–11–00 00390 | State v. Giannadakis | Affirmed |
| CAAP–11–00 00389 | State v. McCarthy | Affirmed |

**June 26, 2012**

| CAAP–11–00 00464 | State v. Kawananakoa | Vacated and Remanded |

**June 27, 2012**

| CAAP–11–00 00890 | B Children, In re | Affirmed |